

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00573-CV

Amelia **SKRZYCKI**,
Appellant

v.

Shirley B. **WRIGHT**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-2419-CV
Honorable William Old, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Shirley B. Wright, recover her costs of this appeal from appellant, Amelia Skrzycki.

SIGNED June 27, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice